IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIA MISHER, a Minor, by her Mother and Next Friend, SANDRA FLETCHER, <br><br> Plaintiff(s), <br><br> vs. <br><br> CHICAGO POLICE OFFICERS STEVEN ARCHER #19735, JASON LENSKI #10213, BOBBY WEATHERLY #11400, CASEY CINER #16070, CORY JUNIOUS, #18350, TIMOTHY FENTON #19013, ENYINNAYA NWAGWU #7099, RYAN WINFREY #19585, DANIEL SKUPIEN, #6635, ELGIN HOLT #2587, ERIC BROWN #15572, VINCENT VASQUEZ #15969, WILFORD FIELDS # 12773, MARK YELVERTON #16022, GLENN EVANS #433, All individually and as agents, servants and/or employees of the CITY OF CHICAGO, a Body Politic and Corporate, <br><br> Defendant(s). | NO. 10 C 1753 <br><br> Judge Kendall <br><br> Magistrate Judge Ashman |

## FIRST AMENDED COMPLAINT

### COUNT I

### CIVIL RIGHTS - COMPENSATORY AND PUNITIVE DAMAGES

NOW COMES the Plaintiff, BRIA MISHER, a Minor, by her Mother and Next Friend, SANDRA FLETCHER, by and through the LAW OFFICES OF STEVEN J. MALMAN & ASSOCIATES, P.C., and complaining of the Defendants, CHICAGO POLICE OFFICERS STEVEN ARCHER #19735, JASON LENSKI #10213, BOBBY WEATHERLY #11400, CASEY CINER #16070, CORY JUNIOUS, #18350, TIMOTHY FENTON #19013, ENYINNAYA NWAGWU #7099, RYAN WINFREY #19585,

DANIEL SKUPIEN, #6635, ELGIN HOLT #2587, ERIC BROWN #15572, VINCENT VASQUEZ #15969, WILFORD FIELDS # 12773, MARK YELVERTON #16022, GLENN EVANS #433, all individually and as agents, servants, and/or employees of the CITY OF CHICAGO, A Body Politic and Corporate, Individually, states as follows:

1. That this action arises under Section 1983 and 1988 of the Civil Right Act, to-wit: 42 U.S.C., Sections 1983 and 1988 and the jurisdiction of this Court is based upon 28 U.S.C., Sections 1331 and 1343.

2. That on or about September 23, 2009, and for a long time prior thereto, the Defendants, CHICAGO POLICE OFFICERS STEVEN ARCHER #19735, JASON LENSKI #10213, BOBBY WEATHERLY #11400, CASEY CINER #16070, CORY JUNIOUS, #18350, TIMOTHY FENTON #19013, ENYINNAYA NWAGWU #7099, RYAN WINFREY #19585, DANIEL SKUPIEN, #6635, ELGIN HOLT #2587, ERIC BROWN #15572, VINCENT VASQUEZ #15969, WILFORD FIELDS # 12773, MARK YELVERTON #16022, GLENN EVANS #433, were employed as City of Chicago Police Officers, within the scope of their employment and under the color of state law.

3. That on or about September 23, 2009, Plaintiff, BRIA MISHER, was at or near the premises located at 7756 South Paulina in the City of Chicago, County of Cook and State of Illinois, when Defendants, CHICAGO POLICE OFFICERS STEVEN ARCHER #19735, JASON LENSKI #10213, BOBBY WEATHERLY #11400, CASEY CINER #16070, CORY JUNIOUS, #18350, TIMOTHY FENTON #19013, ENYINNAYA NWAGWU #7099, RYAN WINFREY #19585, DANIEL SKUPIEN, #6635, ELGIN HOLT #2587, ERIC BROWN #15572, VINCENT VASQUEZ #15969, WILFORD

2

FIELDS # 12773, MARK YELVERTON #16022, GLENN EVANS #433, arrived at said premises.

4. That Plaintiff, BRIA MISHER, while at the above-mentioned location, was assaulted and battered without any reason or provocation by the Defendants, CHICAGO POLICE OFFICERS STEVEN ARCHER #19735, JASON LENSKI #10213, BOBBY WEATHERLY #11400, CASEY CINER #16070, CORY JUNIOUS, #18350, TIMOTHY FENTON #19013, ENYINNAYA NWAGWU #7099, RYAN WINFREY #19585, DANIEL SKUPIEN, #6635, ELGIN HOLT #2587, ERIC BROWN #15572, VINCENT VASQUEZ #15969, WILFORD FIELDS # 12773, MARK YELVERTON #16022, GLENN EVANS #433, specifically, when said Defendants battered Plaintiff about his body and face.

5. That Defendants, CHICAGO POLICE OFFICERS STEVEN ARCHER #19735, JASON LENSKI #10213, BOBBY WEATHERLY #11400, CASEY CINER #16070, CORY JUNIOUS, #18350, TIMOTHY FENTON #19013, ENYINNAYA NWAGWU #7099, RYAN WINFREY #19585, DANIEL SKUPIEN, #6635, ELGIN HOLT #2587, ERIC BROWN #15572, VINCENT VASQUEZ #15969, WILFORD FIELDS # 12773, MARK YELVERTON #16022, GLENN EVANS #433, specifically assaulted and battered the plaintiff, BRIA MISHER, about his body without any reasonable provocation whatsoever or in a defensive manner and committed said assault using excessive force which was unreasonable in light of the facts and circumstances confronting the Defendants, UNKNOWN CHICAGO POLICE OFFICERS, which resulted in severe injuries to the Plaintiff, BRIA MISHER.

6.  That said Defendants, CHICAGO POLICE OFFICERS STEVEN ARCHER #19735, JASON LENSKI #10213, BOBBY WEATHERLY #11400, CASEY CINER #16070, CORY JUNIOUS, #18350, TIMOTHY FENTON #19013, ENYINNAYA NWAGWU #7099, RYAN WINFREY #19585, DANIEL SKUPIEN, #6635, ELGIN HOLT #2587, ERIC BROWN #15572, VINCENT VASQUEZ #15969, WILFORD FIELDS # 12773, MARK YELVERTON #16022, GLENN EVANS #433, assaulted and battered the Plaintiff, BRIA MISHER without any reasonable provocation whatsoever and committed said assault using excessive force after they knew that Plaintiff, BRIA MISHER, was not acting in a defensive manner and Defendants' acts were committed in a reckless and callous disregard for Plaintiff's rights.

7.  That the assault of the Plaintiff herein, as fully described herein, was committed by the Defendants, CHICAGO POLICE OFFICERS STEVEN ARCHER #19735, JASON LENSKI #10213, BOBBY WEATHERLY #11400, CASEY CINER #16070, CORY JUNIOUS, #18350, TIMOTHY FENTON #19013, ENYINNAYA NWAGWU #7099, RYAN WINFREY #19585, DANIEL SKUPIEN, #6635, ELGIN HOLT #2587, ERIC BROWN #15572, VINCENT VASQUEZ #15969, WILFORD FIELDS # 12773, MARK YELVERTON #16022, GLENN EVANS #433, under the color of law and violated the rights of the Minor Plaintiff, BRIA MISHER, as guaranteed by the Fourth Amendment via the Fourteenth Amendment of the Constitution of the United States.

8.  That as a direct and proximate result of the acts of the Defendants, CHICAGO POLICE OFFICERS STEVEN ARCHER #19735, JASON LENSKI #10213, BOBBY WEATHERLY #11400, CASEY CINER #16070, CORY JUNIOUS, #18350, TIMOTHY FENTON #19013, ENYINNAYA NWAGWU #7099, RYAN WINFREY

#19585, DANIEL SKUPIEN, #6635, ELGIN HOLT #2587, ERIC BROWN #15572, VINCENT VASQUEZ #15969, WILFORD FIELDS # 12773, MARK YELVERTON #16022, GLENN EVANS #433, the Minor Plaintiff, BRIA MISHER, became seriously and permanently injured, specifically, she suffered multiple body trauma and also suffered mental damages which in combination caused great discomfort and has and will cause the Minor Plaintiff to incur ongoing damages as she attempts to recover from the damages proximately caused by the acts of the Defendants UNKNOWN CHICAGO POLICE OFFICERS.

WHEREFORE, the Minor Plaintiff, BRIA MISHER, a Minor, by her Mother and Next Friend, SANDRA FLETCHER, prays for judgment against the Defendants, CHICAGO POLICE OFFICERS STEVEN ARCHER #19735, JASON LENSKI #10213, BOBBY WEATHERLY #11400, CASEY CINER #16070, CORY JUNIOUS, #18350, TIMOTHY FENTON #19013, ENYINNAYA NWAGWU #7099, RYAN WINFREY #19585, DANIEL SKUPIEN, #6635, ELGIN HOLT #2587, ERIC BROWN #15572, VINCENT VASQUEZ #15969, WILFORD FIELDS # 12773, MARK YELVERTON #16022, GLENN EVANS #433, in excess of ONE HUNDRED THOUSAND ($100,000.00) DOLLARS for compensatory and punitive damages, plus costs of this action and also for attorney's fees incurred herein pursuant to this action.

## COUNT II

### INTENTIONAL TORT ASSAULT AND BATTERY

NOW COMES the Plaintiff, BRIA MISHER, a Minor, by her Mother and Next Friend, SANDRA FLETCHER, by and through the LAW OFFICES OF STEVEN J. MALMAN & ASSOCIATES, P.C., and complaining of the Defendants, CHICAGO

POLICE OFFICERS STEVEN ARCHER #19735, JASON LENSKI #10213, BOBBY WEATHERLY #11400, CASEY CINER #16070, CORY JUNIOUS, #18350, TIMOTHY FENTON #19013, ENYINNAYA NWAGWU #7099, RYAN WINFREY #19585, DANIEL SKUPIEN, #6635, ELGIN HOLT #2587, ERIC BROWN #15572, VINCENT VASQUEZ #15969, WILFORD FIELDS # 12773, MARK YELVERTON #16022, GLENN EVANS #433, herein acting as agents, servants and/or employees of the Defendant, CITY OF CHICAGO, a Body Politic and Corporate, Individually, states as follows:

9. That this cause of action arises under Illinois State Law and this Court has jurisdiction over this State Law claim, pursuant to 28 U.S.C. Section 1367.

10. That on or about September 23, 2009, the Minor Plaintiff, BRIA MISHER, was lawfully at or near the premises located at 7756 South Paulina in the City of Chicago, County of Cook and State of Illinois.

11. That on or about September 23, 2009, and for a long time prior thereto, the Defendants, CHICAGO POLICE OFFICERS STEVEN ARCHER #19735, JASON LENSKI #10213, BOBBY WEATHERLY #11400, CASEY CINER #16070, CORY JUNIOUS, #18350, TIMOTHY FENTON #19013, ENYINNAYA NWAGWU #7099, RYAN WINFREY #19585, DANIEL SKUPIEN, #6635, ELGIN HOLT #2587, ERIC BROWN #15572, VINCENT VASQUEZ #15969, WILFORD FIELDS # 12773, MARK YELVERTON #16022, GLENN EVANS #433, were employed as City of Chicago Police Officers by virtue of the law of the State of Illinois.

12. That said Defendants, CHICAGO POLICE OFFICERS STEVEN ARCHER #19735, JASON LENSKI #10213, BOBBY WEATHERLY #11400, CASEY CINER

#16070, CORY JUNIOUS, #18350, TIMOTHY FENTON #19013, ENYINNAYA NWAGWU #7099, RYAN WINFREY #19585, DANIEL SKUPIEN, #6635, ELGIN HOLT #2587, ERIC BROWN #15572, VINCENT VASQUEZ #15969, WILFORD FIELDS # 12773, MARK YELVERTON #16022, GLENN EVANS #433, assaulted and battered said Minor Plaintiff without probable cause, the result of which the Minor Plaintiff is presently in the most serious physical condition imaginable.

13. That at all times mentioned in this complaint the Minor Plaintiff was in the exercise of due care and caution for her own safety.

14. That it was the duty of the Defendants, CHICAGO POLICE OFFICERS STEVEN ARCHER #19735, JASON LENSKI #10213, BOBBY WEATHERLY #11400, CASEY CINER #16070, CORY JUNIOUS, #18350, TIMOTHY FENTON #19013, ENYINNAYA NWAGWU #7099, RYAN WINFREY #19585, DANIEL SKUPIEN, #6635, ELGIN HOLT #2587, ERIC BROWN #15572, VINCENT VASQUEZ #15969, WILFORD FIELDS # 12773, MARK YELVERTON #16022, GLENN EVANS #433, herein acting as agents, servants and/or employees of Defendant, CITY OF CHICAGO, a Body Politic and Corporate, Individually, not to subject the Minor Plaintiff to unreasonable risk of injury.

15. That at the aforesaid time and place, the Defendants, CHICAGO POLICE OFFICERS STEVEN ARCHER #19735, JASON LENSKI #10213, BOBBY WEATHERLY #11400, CASEY CINER #16070, CORY JUNIOUS, #18350, TIMOTHY FENTON #19013, ENYINNAYA NWAGWU #7099, RYAN WINFREY #19585, DANIEL SKUPIEN, #6635, ELGIN HOLT #2587, ERIC BROWN #15572, VINCENT VASQUEZ #15969, WILFORD FIELDS # 12773, MARK YELVERTON #16022,

GLENN EVANS #433, herein acting as servants and/or employees of Defendant, CITY OF CHICAGO, a Body Politic and Corporate, Individually, did commit one or more of the following intentional acts:

    a.    Intentionally assaulted and battered the Minor Plaintiff about her body and face.

    b.    Intentionally assaulted and battered the Minor Plaintiff without probable cause and without provocation and without fear for their lives.

16. That as a direct and proximate result of the aforesaid intentional acts of the Defendants, CHICAGO POLICE OFFICERS STEVEN ARCHER #19735, JASON LENSKI #10213, BOBBY WEATHERLY #11400, CASEY CINER #16070, CORY JUNIOUS, #18350, TIMOTHY FENTON #19013, ENYINNAYA NWAGWU #7099, RYAN WINFREY #19585, DANIEL SKUPIEN, #6635, ELGIN HOLT #2587, ERIC BROWN #15572, VINCENT VASQUEZ #15969, WILFORD FIELDS # 12773, MARK YELVERTON #16022, GLENN EVANS #433, Individually, and acting as agents, servants and/or employees of Defendant, CITY OF CHICAGO, a Body Politic and Corporate, said Minor Plaintiff was seriously and permanently injured, both internally and externally, specifically, the Minor Plaintiff suffered multiple body trauma and mental damage; she suffered great pain and anguish and was hindered and delayed in her occupation and continues in said same condition presently.

WHEREFORE, the Plaintiff, BRIA MISHER, a Minor, by her Mother and Next Friend, SANDRA FLETCHER, prays for judgment against the Defendants, CHICAGO POLICE OFFICERS STEVEN ARCHER #19735, JASON LENSKI #10213, BOBBY WEATHERLY #11400, CASEY CINER #16070, CORY JUNIOUS, #18350, TIMOTHY FENTON #19013, ENYINNAYA NWAGWU #7099, RYAN WINFREY #19585,

DANIEL SKUPIEN, #6635, ELGIN HOLT #2587, ERIC BROWN #15572, VINCENT VASQUEZ #15969, WILFORD FIELDS # 12773, MARK YELVERTON #16022, GLENN EVANS #433, herein acting as agents, servants and/or employees of Defendant, CITY OF CHICAGO, a Body Politic and Corporate, Individually, in excess of ONE HUNDRED THOUSAND ($100,000.00) DOLLARS, plus costs of this action.

## COUNT III

## FALSE IMPRISIONMENT

NOW COMES the Plaintiff, BRIA MISHER, a Minor by her Mother and Next Friend, SANDRA FLETCHER, by and through LAW OFFICES OF STEVEN J. MALMAN & ASSOCIATES, P.C., and complaining of the Defendants, CHICAGO POLICE OFFICERS STEVEN ARCHER #19735, JASON LENSKI #10213, BOBBY WEATHERLY #11400, CASEY CINER #16070, CORY JUNIOUS, #18350, TIMOTHY FENTON #19013, ENYINNAYA NWAGWU #7099, RYAN WINFREY #19585, DANIEL SKUPIEN, #6635, ELGIN HOLT #2587, ERIC BROWN #15572, VINCENT VASQUEZ #15969, WILFORD FIELDS # 12773, MARK YELVERTON #16022, GLENN EVANS #433, Individually and as agents, servants, and/or employees of the CITY OF CHICAGO, A Body Politic and Corporate, states as follows:

17. Plaintiff realleges and incorporates herein paragraphs 9 through 11 of Count II as if fully set forth herein.

18. That the Defendants, CHICAGO POLICE OFFICERS STEVEN ARCHER #19735, JASON LENSKI #10213, BOBBY WEATHERLY #11400, CASEY CINER #16070, CORY JUNIOUS, #18350, TIMOTHY FENTON #19013, ENYINNAYA NWAGWU #7099, RYAN WINFREY #19585, DANIEL SKUPIEN, #6635, ELGIN

9

HOLT #2587, ERIC BROWN #15572, VINCENT VASQUEZ #15969, WILFORD FIELDS # 12773, MARK YELVERTON #16022, GLENN EVANS #433, Individually, and acting as agents, servants and/or employees of Defendant, CITY OF CHICAGO, a Body Politic and Corporate, physically restrained said Minor Plaintiff without probable cause, the result of which the Minor Plaintiff is presently in the most serious physical and mental condition imaginable

19. That at all times mentioned in this Complaint, the Minor Plaintiff was conscious of the confinement and/or harmed by said confinement.

20. That Defendant, CHICAGO POLICE OFFICERS STEVEN ARCHER #19735, JASON LENSKI #10213, BOBBY WEATHERLY #11400, CASEY CINER #16070, CORY JUNIOUS, #18350, TIMOTHY FENTON #19013, ENYINNAYA NWAGWU #7099, RYAN WINFREY #19585, DANIEL SKUPIEN, #6635, ELGIN HOLT #2587, ERIC BROWN #15572, VINCENT VASQUEZ #15969, WILFORD FIELDS # 12773, MARK YELVERTON #16022, GLENN EVANS #433, Individually, and acting as agents, servants and/or employees of Defendant, CITY OF CHICAGO, a Body Politic and Corporate, unlawfully restrained the Minor Plaintiff's personal liberty of freedom of locomotion against Minor Plaintiff's will.

21. That the confinement imposed upon the Minor Plaintiff by the Defendant, CHICAGO POLICE OFFICERS STEVEN ARCHER #19735, JASON LENSKI #10213, BOBBY WEATHERLY #11400, CASEY CINER #16070, CORY JUNIOUS, #18350, TIMOTHY FENTON #19013, ENYINNAYA NWAGWU #7099, RYAN WINFREY #19585, DANIEL SKUPIEN, #6635, ELGIN HOLT #2587, ERIC BROWN #15572, VINCENT VASQUEZ #15969, WILFORD FIELDS # 12773, MARK YELVERTON

#16022, GLENN EVANS #433, Individually, and acting as agents, servants and/or employees of Defendant, CITY OF CHICAGO, a Body Politic and Corporate, was complete and there was no reasonable means of escape.

22. That the confinement imposed upon the Minor Plaintiff by the Defendant, CHICAGO POLICE OFFICERS STEVEN ARCHER #19735, JASON LENSKI #10213, BOBBY WEATHERLY #11400, CASEY CINER #16070, CORY JUNIOUS, #18350, TIMOTHY FENTON #19013, ENYINNAYA NWAGWU #7099, RYAN WINFREY #19585, DANIEL SKUPIEN, #6635, ELGIN HOLT #2587, ERIC BROWN #15572, VINCENT VASQUEZ #15969, WILFORD FIELDS # 12773, MARK YELVERTON #16022, GLENN EVANS #433, Individually, and acting as agents, servants and/or employees of Defendant, CITY OF CHICAGO, a Body Politic and Corporate, was unlawful.

23. That as a direct and proximate result of the aforesaid acts of the Defendant, CHICAGO POLICE OFFICERS STEVEN ARCHER #19735, JASON LENSKI #10213, BOBBY WEATHERLY #11400, CASEY CINER #16070, CORY JUNIOUS, #18350, TIMOTHY FENTON #19013, ENYINNAYA NWAGWU #7099, RYAN WINFREY #19585, DANIEL SKUPIEN, #6635, ELGIN HOLT #2587, ERIC BROWN #15572, VINCENT VASQUEZ #15969, WILFORD FIELDS # 12773, MARK YELVERTON #16022, GLENN EVANS #433, Individually, and acting as agents, servants and/or employees of Defendant, CITY OF CHICAGO, a Body Politic and Corporate, said Minor Plaintiff was seriously and permanently injured, both internally and externally, specifically, Minor Plaintiff suffered multiple body trauma and mental damage; she suffered great pain

and anguish and was hindered and delayed in her occupation and continues in said same condition presently.

WHEREFORE, the Plaintiff, BRIA MISHER, prays for judgment against the Defendants, CHICAGO POLICE OFFICERS STEVEN ARCHER #19735, JASON LENSKI #10213, BOBBY WEATHERLY #11400, CASEY CINER #16070, CORY JUNIOUS, #18350, TIMOTHY FENTON #19013, ENYINNAYA NWAGWU #7099, RYAN WINFREY #19585, DANIEL SKUPIEN, #6635, ELGIN HOLT #2587, ERIC BROWN #15572, VINCENT VASQUEZ #15969, WILFORD FIELDS # 12773, MARK YELVERTON #16022, GLENN EVANS #433, herein acting as agents, servants and/or employees of Defendant, CITY OF CHICAGO, a Body Politic and Corporate, Individually, in excess of ONE HUNDRED THOUSAND ($100,000.00) DOLLARS, plus costs of this action.

## COUNT IV

## RESPONDEAT SUPERIOR

NOW COMES the Plaintiff, BRIA MISHER, a Minor by her Mother and Next Friend, SANDRA FLETCHER, by and through LAW OFFICES OF STEVEN J. MALMAN & ASSOCIATES, P.C., and complaining of the Defendants, CHICAGO POLICE OFFICERS STEVEN ARCHER #19735, JASON LENSKI #10213, BOBBY WEATHERLY #11400, CASEY CINER #16070, CORY JUNIOUS, #18350, TIMOTHY FENTON #19013, ENYINNAYA NWAGWU #7099, RYAN WINFREY #19585, DANIEL SKUPIEN, #6635, ELGIN HOLT #2587, ERIC BROWN #15572, VINCENT VASQUEZ #15969, WILFORD FIELDS # 12773, MARK YELVERTON #16022,

GLENN EVANS #433, herein acting as agents, servants, and/or employees of the CITY OF CHICAGO, A Body Politic and Corporate, Individually, states as follows:

24. Plaintiff realleges and incorporates herein paragraphs 1 through 8 of Count I, 9 through 16 of Count II and 17 through 23 of Count III as if fully set forth herein.

25. The actions of the individual Defendants as set forth above and herein were done while the Defendants were within the scope of their employment.

26. Defendant, CITY OF CHICAGO, employed said Defendants and is therefor liable under the Doctrine of Respondeat Superior for the state law claims alleged in Count II above.

WHEREFORE, the Plaintiff, BRIA MISHER, a Minor, by her Mother and Next Friend, SANDRA FLETCHER, prays for judgment against the Defendants, CHICAGO POLICE OFFICERS STEVEN ARCHER #19735, JASON LENSKI #10213, BOBBY WEATHERLY #11400, CASEY CINER #16070, CORY JUNIOUS, #18350, TIMOTHY FENTON #19013, ENYINNAYA NWAGWU #7099, RYAN WINFREY #19585, DANIEL SKUPIEN, #6635, ELGIN HOLT #2587, ERIC BROWN #15572, VINCENT VASQUEZ #15969, WILFORD FIELDS # 12773, MARK YELVERTON #16022, GLENN EVANS #433, herein acting as agents, servants and/or employees of Defendant, CITY OF CHICAGO, a Body Politic and Corporate, Individually, in excess of ONE HUNDRED THOUSAND ($100,000.00) DOLLARS, plus costs of this action.

Respectfully submitted,

/s/ Steven J. Malman
Law Offices of Steven J. Malman
& Associates, P.C.
ARDC No.: 6207944
205 W. Randolph Street, Suite 1040
Chicago, Illinois 60606
312/629-0099

14