**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BRIA MISHER, a Minor, by her Mother and Next Friend, SANDRA FLETCHER, | ) ) ) | |
| Plaintiff, | ) ) | 10 C 1753 |
| v. | ) ) | HON. JUDGE COLEMAN |
| CITY OF CHICAGO, et al. | ) ) ) | MAGISTRATE JUDGE ASHMAN |
| Defendants. | ) ) | |

**JOINT STATUS REPORT**

1. **Nature of the Case**

    A. Attorneys of Record:

        1. For Plaintiff:  Steven Malman, Law Offices of Steven J. Malman, 205 West Randolph Street, Suite1040, Chicago, IL 60606, (312) 629-0099, malmanlaw@yahoo.com

        2. For Defendants: Ashley C. Kosztya, Assistant Corporation Counsel, 30 North LaSalle Street, Room 900, Chicago, IL 60602, (312) 744-2826, ashley.kosztya@cityofchicago.org; Thomas Freitag, Assistant Corporation Counsel, 30 North LaSalle Street, Room 900, Chicago, IL 60602, (312) 742-7391; thomas.freitag@cityofchicago.org

    B. Nature of the Claims: Plaintiff has filed a Section 1983 federal civil rights action, alleging that, on or about September 23, 2009, she was subjected to excessive force, the intentional tort of assault and battery, and false imprisonment by numerous officers ("Defendant Officers") of the Chicago Police Department, acting in the scope of their employment under color of law.  Plaintiff further asserts claims against the City of Chicago under a theory of respondeat superior for any liability incurred by the Defendant Officers under state law.  Defendants deny any wrongdoing.

    C. <u>Issues</u>:

        1. Whether Defendant Officers committed conduct constituting excessive force;

        2. Whether Defendant Officers committed conduct constituting assault and/or battery;

        3. Whether Defendant Officers committed conduct constituting false imprisonment;

        4. Whether City of Chicago can be held vicariously liable for the above alleged conduct.

    D. <u>Relief Sought</u>: Plaintiff seeks recovery of damages in excess of ONE-HUNDRED THOUSAND DOLLARS ($100,000) plus costs.

    E. <u>Status of Case</u>: Defendants have answered the Complaint and no discovery has been conducted; no discovery dates have been set.

2. **Pending Motions:** There are no pending motions and no scheduled deadlines in this case.

3. **Remaining Discovery:** Parties are in the initial stages of discovery, no written discovery has been completed, and no depositions have yet been taken. Substantial discovery still needs to take place.

4. **Trial:** A jury trial is requested and the Defendants estimate that the trial will take 2-3 days.

5. **Consent to Proceed Before a Magistrate Judge:** The Defendants at this time do not consent to proceed before a Magistrate Judge.

6. **Status of Settlement Discussions:** There have been no settlement discussions.


September 24, 2010


                Respectfully submitted,

                */s/ Ashley C. Kosztya*
                Assistant Corporation Counsel
                Attorney for Defendants

                */s/ Thomas Freitag*
                Thomas H. Freitag
                Assistant Corporation Counsel

30 North LaSalle Street
Suite 900
Chicago, Illinois 60602
(312) 742-7391
Atty. No. 06272245