**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1**
**Eastern Division**

Bria Misher, et al.
                    Plaintiff,

v.                                          Case No.: 1:10–cv–01753
                                                Honorable Sharon Johnson Coleman

City Of Chicago, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 12, 2010:

      MINUTE entry before Honorable Sharon Johnson Coleman:Defendant's motion to withdraw appearance of Thomas Freitag as attorney [32] is granted. No appearance is needed in court on 10/13/2010. Mailed notice(keg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.