IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIA MISHER, a Minor, by her Mother and Next Friend, SANDRA FLETCHER, ) ) ) Plaintiff(s), ) ) vs. ) ) CHICAGO POLICE OFFICERS STEVEN ARCHER #19735, JASON LENSKI #10213, BOBBY WEATHERLY #11400, CASEY CINER #16070, CORY JUNIOUS, #18350, TIMOTHY FENTON #19013, ENYINNAYA NWAGWU #7099, RYAN WINFREY #19585, DANIEL SKUPIEN, #6635, ELGIN HOLT #2587, ERIC BROWN #15572, VINCENT VASQUEZ #15969, WILFORD FIELDS # 12773, MARK YELVERTON #16022, GLENN EVANS #433, All individually and as agents, servants and/or employees of the CITY OF CHICAGO, a Body Politic and Corporate, ) ) ) ) ) Defendant(s). ) | NO. 10 C 1753 Judge Sharon Johnson Coleman |

**MOTION FOR LEAVE TO WITHDRAW**

NOW COMES the LAW OFFICES OF STEVEN J. MALMAN & ASSOCIATES, P.C., and move this Honorable Court, pursuant to Local Rule 83.17, to grant leave to withdraw as counsel for Plaintiff, BRIA MISHER, a Minor, by her Mother and Next Friend, SANDRA FLETCHER, and in support thereof, states as follows:

1. A complaint was filed in this matter on March 19, 2010 alleging excessive force by the Defendants in violation of Section 1983 and 1988 of the Civil Rights Act.

2. That Plaintiff has not been in contact with Plaintiff's counsel since April of 2011.

3. It would be in the best interest of both parties if counsel were allowed to withdraw their representation of Plaintiff.

4. Notice and Motion will be sent to Sandra Fletcher via certified and regular mail at her last known address of 7312 South Cottage Grove, Chicago, Illinois 60619 before said motion is to be heard.

5. Other than the instant motion, there are no pending motions in this matter.

WHEREFORE, it is respectfully requested that this Honorable Court enter an Order granting Law Offices of Steven J. Malman & Associates, P.C. leave to withdraw as attorney for the Plaintiff, BRIA MISHER, a Minor, by her Mother and Next Friend, SANDRA FLETCHER.

Respectfully submitted,

/s/ Steven J. Malman
Law Offices of Steven J. Malman
& Associates, P.C.
ARDC No.: 6207944
205 W. Randolph Street, Suite 610
Chicago, Illinois 60606
312/629-0099