UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division

Bria Misher, et al.
                        Plaintiff,

v.                                                        Case No.: 1:10–cv–01753
                                                           Honorable Sharon Johnson Coleman

City Of Chicago, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 1, 2012:

      MINUTE entry before Honorable Sharon Johnson Coleman: Status hearing held on 10/1/2012. Counsel for plaintiff's motion to withdraw [45] is granted. Plaintiff arrived late for court. Contrary to the time given in open court, at plaintiff39;s request, status hearing set for 10/29/2012 at 09:30 AM.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.