# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Bria Misher, et al.
                        Plaintiff,

v.                                            Case No.: 1:10–cv–01753
                                                   Honorable Sharon Johnson Coleman

City Of Chicago, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 10, 2012:

      MINUTE entry before Honorable Sharon Johnson Coleman: Case called for status. Plaintiff failed to appear. Following the court call, plaintiff arrived at 9:50 a.m. and advised the court that she no longer wishes to pursue the case. The case is hereby dismissed.Civil case terminated. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.